In the Matter of the Probate of the Will of FREDERICK WOLF, Deceased.

LYDIA K. BEACH et al., Appellants; WILLIAM H. SCHICK et al., as Executors, et al., Respondents.

*Appeal — motion to dismiss granted.*

*Matter of Wolf (Will),* 188 App. Div. 906, appeal dismissed. (Argued October 3, 1921; decided October 11, 1921.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 30, 1919, which reversed a decree of the Onondaga County Surrogate's Court denying probate to the will of Frederick Wolf, deceased, and remitted the matter to the Surrogate's Court with direction that the will be admitted to probate.

The motion was made upon the ground that the Court of Appeals had no jurisdiction to entertain the appeal.

*Thomas E. Ward* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

---

CHARLES A. FINNEGAN, Respondent, *v.* GEORGE S. BUCK et al., Constituting the Council of the City of Buffalo, et al., Appellants.

(Submitted October 3, 1921; decided October 11, 1921.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements against moving party. (See 231 N. Y. 638.)

---

ROSE M. PALMER et al., Appellants, *v.* ROTARY REALTY COMPANY, INC., et al., Respondents.

(Submitted October 3, 1921; decided October 11, 1921.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 231 N. Y. 609.)